# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 9, 2009

Marilyn Kelly,
Chief Justice

137071(28)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

TIMOTHY KING, Personal Representative of
the Estate of ANDREW BAKER, Deceased,
Plaintiff-Appellant,

v

McPHERSON HOSPITAL, a/k/a TRINITY
HEALTH-MICHIGAN, MICHAEL BRIGGS,
D.O., MERLE HUNTER, M.D., and
EMERGENCY PHYSICIANS MEDICAL
GROUP, P.C.,
Defendants-Appellees.

SC: 137071
COA: 283271
Livingston CC: 04-020535-NH

_____/

On order of the Court, the motion for reconsideration of this Court's December 23, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

HATHAWAY, J., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2009

_Corbin R. Davis_
Clerk

d0701